IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**ROBERT KENNETH BARBER**                                                              PLAINTIFF

    **v.**    **Civil No. 13-5196**

**OFFICER RICHARD LOGUE, Fayetteville
Police Department; DETECTIVE MARK E.
McCANN, Springdale Police Department;
and PROSECUTING ATTORNEY JOHN THREET**                                DEFENDANTS

### O R D E R

Now on this 8th day of January 2014, comes on for consideration the **Report and Recommendation of the Magistrate Judge** (document #6), filed on December 10, 2013, to which no objections have been filed. The Court has reviewed the Report and Recommendation and, being well and sufficiently advised, finds that it is proper and should be adopted in its entirety.

**IT IS THEREFORE ORDERED** that the **Report and Recommendation of the Magistrate Judge** (document #6) is **adopted *in toto***.

**IT IS FURTHER ORDERED** that, for the reasons stated in the Report and Recommendation, this case is **dismissed without prejudice**.

**IT IS SO ORDERED.**

                /s/ Jimm Larry Hendren
                **JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**